LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8974
   Facsimile:  (415) 744-0134
   E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEANN COLEMAN,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>             Defendant. | 1:08cv01694 BAK<br><br>**STIPULATION AND PROPOSED ORDER FOR DEFENDANT'S FIRST REQUEST TO EXTEND TIME TO FILE RESPONDING BRIEF** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including September 2, 2009, to respond to Plaintiff's motion for summary judgment.  This request is being made due to the heavy work load of the undersigned attorney for the Commissioner.

    The undersigned attorney for the Commissioner's heavy schedule has been occasioned, in large part, by staffing shortages in the Commissioner's regional office.  The Commissioner's Office of Regional Chief Counsel recently experienced sudden departures of four senior attorneys, two of whom accepted positions as administrative law judges, which provided only a short time between the offer dates and starting dates.  Also, one senior attorney is on extended paternity leave, and a second senior

STIPULATION AND ORDER.
08-01694                              1

1  attorney is currently working part-time due to the serious medical condition of a family member.  Due to
2  this, the attorneys in this office have experienced an unanticipated increase in workload due to office
3  restructuring and reassignment of over 250 district court cases and approximately 20 Ninth Circuit
4  appeals.  The shortage of attorneys able to readily brief cases has eliminated reassigning cases as a
5  method of avoiding extensions.
6       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: July 29, 2009                           LAWRENCE G. BROWN
                                               Acting United States Attorney
                                               LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration


                                               /s/ Ann L. Maley
                                               ANN L. MALEY
                                               Special Assistant U.S. Attorney

                                               Attorneys for Defendant


7/29/09                                        DENISE B. HALEY
                                               LAW OFFICES OF LAWRENCE D. ROHLFING


                                               Via email authorization on 7/28/09

                                               /s/ Denise B. Haley
                                               _____
                                               DENISE B. HALEY
                                               Attorney for Plaintiff


        IT IS SO ORDERED.

        Dated:   **July 30, 2009**              /s/ **Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER.
08-01694                                         2