Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of
Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Joeann Coleman

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEANN COLEMAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant | Case No.:   1:08-cv-01694 JLT<br><br>ORDER ON STIPULATION AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 23) |

Based upon the parties' stipulation, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of rights, the amount of $4,400.00, as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:  **May 20, 2010**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

-1-